## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

## No. 93-3544
_____


KENNETH J. ARENSON,

                                    Plaintiff-Appellant,

versus

SOUTHERN UNIVERSITY LAW CENTER, ET AL.,

                                    Defendants-Appellees.

_____

### Appeal from the United States District Court
### for the Middle District of Louisiana
_____

(May 11, 1995)


On Petition for Rehearing


Before JONES, HIGGINBOTHAM, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Appellant Kenneth J. Arenson petitions this Court on rehearing for a clear ruling on his claim to attorney's fees, interest on his judgment, and relief based on his Title VII claim. For purposes of clarification, we confirm that Arenson is entitled to attorney's fees as a prevailing party at trial and on appeal and to interest. We remand to the district court for determination of

---

[*] Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the Court has determined that this opinion should not be published.

a reasonable fee and appropriate interest.  However, Appellant's request for Title VII relief is denied because Arenson waived his Title VII claim by failing to seek a ruling on that issue from the <u>Arenson I</u> panel.

Except as specifically granted above, Appellant's Petition for Rehearing is <u>DENIED</u>.  This case is <u>REMANDED</u> to the district court for determination of a reasonable attorney's fee and appropriate interest.

Clarification <u>GRANTED</u>; case <u>REMANDED</u>.